UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLATTO DUNNELL,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS, G.R.V.C.;
C.O. L. PENA, SHIELD NO. 18756; C.O.
PEREZ, SHIELD NO. 17455; C.O. GUZMAN,

                Defendants.

19-CV-11918 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

    By order dated January 3, 2020, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fee. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 13, 2020
           New York, New York

                                                        COLLEEN McMAHON
                                             Chief United States District Judge