UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLATTO DUNNELL,<br><br>                      Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF CORRECTIONS, G.R.V.C.; C.O. L. PENA, SHIELD NO. 18756; C.O. PEREZ, SHIELD NO. 17455; C.O. GUZMAN,<br><br>                      Defendants. | 19-CV-11918 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 13, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 13, 2020
         New York, New York

                                                       COLLEEN McMAHON
                                                     Chief United States District Judge